UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN WASHINGTON,<br><br>       Petitioner,<br><br>  -against-<br><br>E. BELL,<br><br>       Respondent. | No. 1:20-cv-00718 (JLR) (OTW)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Petitioner Martin Washington brings this *habeas corpus* proceeding *pro se*, seeking to challenge his conviction of first-degree robbery and his sentence of twelve years of incarceration plus five years of post-release supervision. ECF No. 1 at 2. Before the Court is the report and recommendation of Magistrate Judge Ona T. Wang dated May 13, 2024. ECF No. 27 (the "Report and Recommendation" or "R&R"). Under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties had fourteen days from the service of the Report and Recommendation to file written objections. That time has expired, and no objections have been filed.

  Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. *See Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y. 2009) (noting that, with respect to "uncontested portions of a report and recommendation, a district court need only satisfy itself that there is no clear error on the face of the record"). "A decision is 'clearly erroneous' when the reviewing Court is left with the definite and firm conviction that a mistake has been committed." *Royal Park Invs. SA/NV v. Deutsche Bank Nat'l Tr. Co.*, No. 14-cv-04394 (AJN), 2018 WLL 1750595, at *21 (S.D.N.Y. Apr. 11, 2018). Having reviewed Judge Wang's report, and finding it to be free

from clear error, the Court adopts the Report and Recommendation of Judge Wang in its entirety.

The Clerk of Court is respectfully directed to CLOSE the case.

Dated: June 10, 2024
      New York, New York

                                  SO ORDERED.

                                  JENNIFER L. ROCHON
                                  United States District Judge